

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00026-CV

THOMAS J. BLANKENSHIP,

                                                        Appellant

 v.

ROY DAVIS, FRANK KAPAVIK
AND BRENT EWING,

                                                        Appellees

From the 170th District Court
McLennan County, Texas
Trial Court No. 2009-4246-4

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss."  *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed June 8, 2011
[CV06]